# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0479
_____

KELWYN WHITE,

  Appellant,

v.

BARBARA JOSEPHINE WHITE,

  Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.


June 23, 2025

PER CURIAM.

  DISMISSED for lack of jurisdiction.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kelwyn White, pro se, Appellant.

John Y. Roberts, Marianna, for Appellee.